IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PRESTON ROBERSON PLAINTIFF

v. Case No. 4:26-cv-04013

CINDY BUTLER; DEPUTY DAVID SHELBY; JESSICA S GUNTER; and AARON R BRASEL DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Singleton recommended that Plaintiff's *in forma pauperis* ("IFP") status be revoked pursuant to 28 U.S.C. § 1915(g) and that this case be dismissed without prejudice. Judge Singleton also recommended that, upon dismissal, Plaintiff be given thirty days to file a Motion to Reopen this case upon payment of the full filing fee. Finally, Judge Singleton recommended that the Court certify pursuant to 28 U.S.C. §1915(a)(3) that an IFP appeal would not be taken in good faith.

Plaintiff filed a timely objection to the R&R. ECF No. 18. However, even giving the objection a liberal construction, Plaintiff has not put forth a specific objection to Judge Singleton's reasoning. See U.S. v. Sellner, 773 F.3d 927, 932 (8th Cir. 2014) (noting that pro se filings must be liberally construed). Thus, the Court need only review the R&R for clear error. See Thompson v. Nix, 897 F.2d 356, 357-58 (8th Cir. 1990) (noting that an objection to a magistrate's R&R must be timely and specific to require a de novo review of the R&R).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 17) in its entirety. Accordingly, Plaintiff's

IFP status is **REVOKED** pursuant to 28 U.S.C. § 1915(g) and this case is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have thirty days to file a Motion to Reopen this case upon payment of the full filing fee. Finally, the Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an IFP appeal would not be taken in good faith.

**IT IS SO ORDERED**, this 21st day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge